UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR12-095-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| DUANTE R. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>: Conspiracy to Unlawfully Deal in Firearms; Unlawful Dealing in Firearms

<u>Date of Detention Hearing</u>: April 23, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a lengthy criminal record which includes multiple failures to appear for court with bench warrant activity, and many violations of court supervision. He is unemployed, receiving disability after being shot in the neck and spine about four weeks ago and shot in the stomach about three years ago. The AUSA contends the defendant is connected with gang and has gang tattoos.

2. The instant offense involves the sale or attempted sale of high quality semi-automatic weapons, as well as shotguns, illegally sawed-off shotguns, and a silencer. At least three of the weapons which defendant is alleged to have attempted to sell were stolen in a burglary that same day.

3. Defendant poses a risk of nonappearance due to lack of stable residential history, a history of failing to appear, a history of failing to comply, lack of work history, and some mental health and substance abuse issues. Defendant poses a risk of danger due to the nature and circumstances of the instant offense, criminal history and a history of failing to comply with court orders.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 23rd day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge